NEWPORT TRIAL GROUP
A Professional Corporation
John C. O'Malley, Bar No. 143671
jomalley@trialnewport.com
4100 Newport Place, Suite 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff, JOSEPH R.
MANNING, JR.
And others similarly situated

DECHERT LLP
Amy L. Rudd, Bar No. 212737
amy.rudd@dechert.com
300 W. 6th Street, Suite 2010
Austin, Texas 78701
Tel: (512) 394-3000
Fax: (512) 394-3001

Attorneys for Defendant, MONSTER
WORLDWIDE, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH R. MANNING, JR., Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>vs.<br><br><br>MONSTER WORLDWIDE, INC.; and DOES 1 to 10,<br><br>        Defendants. | Case No. 8:14-cv-1035<br><br>Hon. Josephine L. Staton<br>Courtroom 10A<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**<br>Complaint filed:   July 7, 2014<br>Trial Date:      None Set |

1
2
3
4
5
6

   Pursuant to Rule of Civil Procedure 41(a)(1)(A)(ii), the parties Plaintiff Joseph Manning and Defendant Monster Worldwide, Inc., by and through their counsel of record, hereby move, stipulate and agree to the voluntary dismissal with prejudice of all claims asserted by Plaintiff Joseph Manning in this action.  This stipulation of dismissal shall have no effect on any potential claims, if any, that could be asserted by absent putative class members.  Each party agrees to bear its own attorneys' fees and costs.

7
8

Dated:  July 29, 2015                    NEWPORT TRIAL GROUP
                                         A Professional Corporation

9
10
11
12

                                         By: */s/ John C. O'Malley, Esq.*
                                             John C. O'Malley, Esq.
                                             Attorneys    for    Plaintiff    JOSEPH    R.
                                             MANNING, JR. and others similarly situated

13
14

Dated:  July 29, 2015                    DECHERT LLP

15
16
17

                                         By: */s/  Amy L. Rudd.*
                                             Amy L. Rudd, Esq.
                                             Attorneys for Defendant
                                             MONSTER WORLDWIDE, INC.

18
19
20
21
22
23
24

   *I, <u>John C. O'Malley, Esq.</u>, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties for this document.*

25
26
27

                                         */s/ John C. O'Malley, Esq.*
                                         John C. O'Malley, Esq.

28

# CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2015, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

_/s/John C. O'Malley, Esq._
John C. O'Malley